UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARTIS LEON POLK, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:03-CV-2330-G |
| DOUGLAS DRETKE, Director, Texas ) | |
| Department of Criminal Justice, ) | |
| Correctional Institutions Division, ) | |
| ) | |
| Respondent. ) | |

# ORDER

The district court has under consideration the findings, conclusions, and recommendation ("findings") of United States Magistrate Judge Paul D. Stickney on the petition for writ of habeas corpus brought by Artis Leon Polk, Jr., pursuant to 28 U.S.C. § 2254. After reviewing the petitioner's objections to the findings of the United States Magistrate Judge and conducting a *de novo* review of those parts of the findings to which objections have been made, I am of the opinion that the findings of the magistrate judge are correct and they are hereby accepted as the findings of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are **ADOPTED**.

October 21, 2005.

                                                            _____
                                                            A. JOE FISH
                                                            CHIEF JUDGE